**CVS Pharmacy**
**REPAYMENT / TERMINATION AGREEMENT**

In order to receive relocation benefits, the Repayment/Termination Agreement must be signed and returned to Cendant Mobility before any relocation related expenses are paid/reimbursed.

Employee Name: Scott P. Jones
Please Print

Social Security Number: 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 New Location / Division / Dept.: Woonsocket / IS

Effective Date of Transfer: 7-12-05 New Manager: Karl Taylor

This Agreement is effective as of date signed. It is between CVS Pharmacy ("Company") and Scott P. Jones ("Employee").

1. As of the effective date of this Agreement, Company has or will spend a sum of money for the purposes of reassigning the Employee and the Employee's eligible household members to Company's new work location.

2. Prior to the effective date of this Agreement, the Employee received a Relocation Program, which is incorporated herein by reference. This Program sets forth those items which Company will either pay on behalf of the Employee or reimburse the Employee, including, but not limited to, those expenses associated with the purchase of a primary residence, homefinding and temporary living allowance, mortgage assistance, cancellation and location of rental dwellings, final move travel, movement of household goods and automobile(s).

3. In consideration of Company's direct payment and / or reimbursement of expenses associated with the Employee's relocation, the Employee agrees that should they terminate employment or be terminated for cause within 12 months of relocation, the Employee agrees to repay all direct payments.

4. Company may withhold from any wages due the Employee all advances either not reconciled within 30 days, or due as a result of your voluntary resignation or involuntary termination for cause, within 12 months after the Employee is assigned to commence at the new location.

5. Further, the Employee confirms that neither he / she nor any other household member is receiving relocation benefits from any other company or source. The Employee acknowledges that relocation benefits paid by the Company would be subject to reduction, if benefits were also paid by another source.

***AUTHORIZATION AND ROUTING:***

[signature] 6-30-05
Employee's Signature Date Signed

Laura Staffier 4/24/06
Cendant Mobility Date Reviewed



** TOTAL PAGE.01 **

** TOTAL PAGE.01 **