UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | C.A. No. 06-348 ML |
| v. | : | |
| | : | |
| SCOTT JONES | : | |
| | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

Undersigned counsel hereby enters her appearance on behalf of the Defendant, Scott Jones, in the above-captioned action.

DEFENDANT SCOTT JONES

/s/ Noelle K. Clapham
Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)
claphamlaw@verizon.net

Dated: October 5, 2006

**CERTIFICATION**

I, the undersigned, electronically served the parties listed below in accordance with the Court Rules.

Neal J. McNamara, Esq.
Matthew J. Frankel, Esq.
Nixon & Peabody
One Citizens Plaza, Suite 500
Providence, RI 02903

/s/ Noelle K. Clapham