UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | C.A. No. 06-348 ML |
| v. | : | |
| | : | |
| SCOTT JONES | : | |
| | : | |
| Defendant | : | |

**STIPULATION**

It is hereby stipulated and agreed between counsel for the Plaintiff, CVS Pharmacy, Inc. and counsel for the Defendant, Scott Jones, that Defendant shall have up to and including October 15, 2006 within which file pleadings responsive to Plaintiff's complaint.

PLAINTIFF CVS PHARMACY, INC.

/s/ Neal J. McNamara
Neal J. McNamara (4249)
Matthew J. Frankel (7293)
Nixon Peabody, LLC
One Citizens Plaza, Suite 500
(401) 454-1000
(401) 454-1030 (fax)
nmcnamara@nixonpeabody.com

DEFENDANT SCOTT JONES

/s/ Noelle K. Clapham
Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)
claphamlaw@verizon.net

Dated: October 5, 2006