UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC., Plaintiff, | : | |
| v. | : | C.A. No. 06-348ML |
| SCOTT JONES, Defendant. | : | |

**PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff CVS Pharmacy, Inc. hereby moves to dismiss Counts I and II of Defendant Scott Jones' Counterclaim because both counts fail to state a claim upon which relief can be granted. In support of this motion, Plaintiff submits the attached memorandum.

Respectfully submitted,
CVS PHARMACY, INC.

By its attorneys,

NIXON PEABODY LLP

/s/ Neal J. McNamara
/s/ Matthew J. Frankel
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: November 3, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within Plaintiff's Motion to Dismiss Counterclaims via electronic transmittal and regular mail, postage prepaid to the following persons this 3d day of November, 2006.

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

/s/ Neal J. McNamara