UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | C.A. No. 06-348 ML |
| v. | : | |
| | : | |
| SCOTT JONES | : | |
| | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

Undersigned counsel hereby enters her appearance on behalf of the Defendant, Scott Jones, in the above-captioned action.

DEFENDANT SCOTT JONES

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
December 13, 2006
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, electronically served the parties listed below in accordance with the Court Rules.

Neal J. McNamara, Esq.
Matthew J. Frankel, Esq.
Nixon & Peabody
One Citizens Plaza, Suite 500
Providence, RI 02903

/s/ Vicki J. Bejma