# EXHIBIT A

All documents referring or relating to the interview and hiring process and offer and acceptance of employment between Scott Jones (Social Security No. 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, DOB 5/6/63) and Expedia, Inc. in 2006.