UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC.,<br>Plaintiff, | : | |
| v. | : | C.A. No. 06-348 ML |
| SCOTT JONES,<br>Defendant. | : | |

**NOTICE OF DEPOSITION**

TO:

Neal J. McNamara, Esquire
Matthew J. Frankel, Esquire
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

PLEASE TAKE NOTICE that on Friday, June 15, 2007 at 10:30 a.m. at the offices of CVS Pharmacy, Inc., Woonsocket, RI and continuing day to day until completed, Defendant will take the deposition of K.J. PAYETTE before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

Respectfully submitted,

SCOTT JONES

By his attorney,

N.K. Clapham (M.T)

Noelle K. Clapham (#5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)

Dated: June 1, 2007

**CERTIFICATION**

I hereby certify that on this 1st day of June, 2007, the foregoing Notice of Deposition was served via regular mail, postage prepaid to Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody, LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

Melissa A. Thomson