**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF RHODE ISLAND**

**CVS PHARMACY, INC.**

**VS.** **C.A. NO. 06-348 ML**

**SCOTT JONES**

# NOTICE TO TAKE DEPOSITION

**To: Neal J. McNamara**
**Nixon Peabody Attorneys at Law**
**One Citizens Plaza, Suite 500**
**Providence, RI 02903-1345**

**Fran Young**
**Allied Court Reporters**
**155 Phenix Avenue**
**Cranston, RI 02920-4296**

Please be advised that the defendant, Scott Jones, will take the deposition of **JON ROBERTS**, at THE LAW OFFICES OF STEPHEN M. ROBINSON, 155 South Main Street, Suite 402, Providence, RI 02903 on June 8, 2007 at 3:00 p.m. You are hereby invited to attend and take such part therein as you deem proper.

Respectfully Submitted,
Defendant,
Scott Jones,
By his Attorneys,

/s/ Stephen M. Robinson
Stephen M. Robinson, Esq.
THE LAW OFFICES OF
STEPHEN M. ROBINSON
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(Fax) 331-7888

**CERTIFICATION**

I hereby certify that on this 7th day of June 2007, I delivered by electronic means a true and accurate copy of the within Notice of Deposition to the above-named attorney of record.

/s/ Vicki J. Bejma