UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | C.A. No. 06-348 ML |
| v. | : | |
| | : | |
| SCOTT JONES | : | |
| | : | |
| Defendant | : | |

**MOTION TO COMPEL ATTENDANCE AT DEPOSITION AND FOR ADDITIONAL RELIEF**

Now comes the Defendant, and hereby moves to compel attendance at deposition, and for any other relief that this Court deems appropriate. In support of said Motion, Defendant avers the following:

1. On or about June 4, 2007, Defendant noticed the depositions Thomas Ryan, Michael Ferdinandi, and David Rickard, to take place on June 15 and June 18, 2007. All are officials of the Plaintiff corporation.
2. Deponents have knowledge regarding the subject matter of the complaint
3. By correspondence, Counsel for the Plaintiff corporation has expressed his belief that the deponents have no relevant knowledge of the subject matter of the complaint, and has indicated that the deponents will not appear at the deposition unless and until Counsel is given an outline of the knowledge that Defendant believes these officials have.
4. Counsel for Plaintiff is not entitled to a preview of the areas of questioning, and therefore is obstructing the depositions without justification. This course

of conduct creates substantial burdens for Defendant, in that discovery is to close on this matter on June 29, 2007.

WHEREFORE, Defendant respectfully requests an Order from this Court compelling Thomas Ryan, Michael Ferdinandi, and David Rickard to appear for deposition forthwith, and any other relief that this Court deems appropriate.

Respectfully submitted,
SCOTT JONES

By his Attorney,
Vicki J. Bejma

/s/ Vicki J. Bejma
Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)
vbejma@smrobinsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2007 a true and complete copy of the foregoing was electronically transmitted to counsel of record: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

/s/ Vicki J. Bejma