UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC., Plaintiff, | : | |
| v. | : | C.A. No. 06-348 ML |
| SCOTT JONES, Defendant. | : | |

**MOTION TO ENLARGE DISCOVERY**

Plaintiff CVS Pharmacy, Inc. hereby moves to enlarge the close of discovery from June 29, 2007 up through and including September 7, 2007. Defendant has noticed several depositions in June. It has been difficult, due to the schedules of several of the deponents as well as the fact that one of the deponents is on FMLA maternity leave through August 13, 2007, to comply with all plaintiff's deposition notices. The enlarged discovery period will allow depositions to be completed in an orderly fashion and without prejudice to either party.

Respectfully submitted,

CVS PHARMACY, INC.

By their attorneys,

/s/Neal J. McNamara

Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: June 13, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Enlarge Discovery was served via regular mail, postage prepaid to Noelle K. Clapham, Esq., 24 Salt Pond Road, Suite A8, South Kingstown, RI 02879 and Vicki Bejma, Esq., Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, RI 02903 this13th day of June, 2007.

/s/Neal J. McNamara_