UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | C.A. No. 06-348 ML |
| v. | : | |
| | : | |
| SCOTT JONES | : | |
| | : | |
| Defendant | : | |

**DEFENDANT'S OBJECTION TO MOTION TO ENLARGE DISCOVERY**

Now comes the Defendant, and objects to the Plaintiff's Motion to Enlarge the close of discovery to September 7, 2007. The Defendant has only agreed to the deposition of the *one* witness who is on FMLA leave. However, there is no reason that the remaining discovery cannot be completed within the discovery period already allotted. In addition, substantial hardship will result to Defendant if the extension is granted, in that he has planned work and family schedules around the expectation of the completion of discovery in June, with an anticipated trial date some time in September.

Respectfully submitted,
SCOTT JONES
By his Attorneys,

/s/ Noelle K. Clapham
Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)
claphamlaw@verizon.net

/s/Vicki J. Bejma
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
June 15, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2007, a true and complete copy of the foregoing was electronically transmitted to counsel of record: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

/s/ Vicki J. Bejma