UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC., :
Plaintiff, :
:
v. : C.A. No. 06-348 ML
:
SCOTT JONES, :
Defendant. :

AFFIDAVIT OF DAVID RICKARD

David Rickard, being duly sworn, deposes and says:

1. I am Executive Vice President, Chief Financial Officer, and Chief Administrative Officer of plaintiff CVS Pharmacy, Inc. ("CVS"). The facts set forth herein are based upon my personal knowledge. I submit this Affidavit in support of CVS's Motion for a Protective Order to prevent the taking of my deposition in this matter.

2. Immediately prior to signing this Affidavit I was informed that defendant is a former employee who resigned prior to completing twelve months' employment with CVS. I was further informed that defendant did not repay the relocation amount that CVS expended for his relocation to Rhode Island when he became employed by CVS.

3. Prior to today, I had no knowledge with respect to the circumstances surrounding (a) the end of plaintiff's employment at CVS, or (b) this dispute. Nor do I have any knowledge regarding the terms and application of CVS's relocation policy. Indeed, I was not aware of this litigation prior to today.

4. I understand that employees of CVS with relevant knowledge have been identified to the defendant and are available for deposition.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

David Rickard

Subscribed and sworn to before me this 19th day of June, 2007.

Notary Public
My Commission Expires:

Ellen E. Putnam
Notary Public
State of Rhode Island
My Commission expires: 07/28/2010

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Affidavit of David Rickard was served via regular mail, postage prepaid to Noelle K. Clapham, Esq., 24 Salt Pond Road, Suite A8, South Kingstown, RI 02879 and Vicki Bejma, Esq., Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, RI 02903 this 22nd day of June, 2007.

/s/Neal J. McNamara