UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-348ML |
| | : | |
| SCOTT JONES | : | |

**ORDER**

For the reasons stated today in open court,

1. Plaintiff's Motion for Protective Order (Document No. 31) is GRANTED in part quashing the deposition notices served on Plaintiff's CEO, Mr. Thomas Ryan, and CFO, Mr. David Rickard, and otherwise DENIED; and

2. Defendant's Motion to Compel Attendance at Deposition (Document No. 29) is DENIED as to Mr. Ryan and Mr. Rickard but GRANTED in part as to Plaintiff's Senior Vice President of Human Resources, Mr. Michael Ferdinandi. As agreed by Defendant's counsel, Mr. Ferdinandi's deposition will take place at Plaintiff's corporate office and, as ordered by this Court, such deposition is limited to three hours' duration.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States District Court
June 28, 2007