UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC., Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-348 ML |
| | : | |
| SCOTT JONES, Defendant. | : | |

**WITHDRAWAL OF APPEARANCE**

Matthew J. Frankel hereby withdraws his appearance as counsel for Plaintiff CVS Pharmacy, Inc., in the above-captioned case. Neal J. McNamara remains as counsel for Plaintiff.

Respectfully submitted,

CVS PHARMACY, INC.

By their attorneys,

/s/ Matthew J. Frankel
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
nmcnamara@nixonpeabody.com

Dated: August 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Withdrawal of Appearance was served via electronic mail and by regular mail, postage prepaid to Noelle K. Clapham, Esq., 24 Salt Pond Road, Suite A8, South Kingstown, RI 02879 and Stephen M. Robinson, Esq., Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, RI 02903 this 17th day of August, 2007.

/s/ Matthew J. Frankel