**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CVS PHARMACY, INC.** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **C.A. No. 06-348 ML** |
| **v.** | : | |
| | : | |
| **SCOTT JONES** | : | |
| | : | |
| **Defendant** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR DATE CERTAIN FOR TRIAL**

Now comes the Defendant, Scott Jones, and respectfully moves this Honorable Court for a date certain for trial on Tuesday, November 13, 2007. As grounds for his motion, Defendant states that throughout the course of this litigation he has been living in Seattle, Washington, and travels extensively throughout the world in his current position working with Expedia, Inc. In addition, a key witness for the Defendant, William Holtz, also currently resides in Seattle, Washington, and also travels extensively throughout the world for Expedia, Inc. Both Defendant and William Holtz are currently scheduled to be within the continental United States during the week of November 13 through November 16. Without setting a date certain for trial it is uncertain whether the Defendant and/or Mr. Holtz will be able to physically timely travel to Rhode Island on short notice for trial, depending upon their specific location.

Further, it is Defendant's understanding that some witnesses for the Plaintiff are also traveling to Rhode Island from out of state to testify at trial, and that the Plaintiff would also benefit from having a set date for trial. Defense counsel has conferred with Plaintiff's counsel prior to the filing of this motion.

Wherefore, Defendant respectfully requests that trial in this matter be set down for a date certain on Tuesday, November 13, 2007.

Respectfully submitted,
Plaintiff,
By her attorneys,

/s/ Noelle K. Clapham
Noelle K. Clapham (5338)
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)
October 23, 2007
claphamlaw@verizon.net

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
October 23, 2007
vbejma@smrobinsonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2007, a true and complete copy of the foregoing was electronically filed with counsel of record for the Defendants: Neal J. McNamara, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

/s/ Vicki J. Bejma