UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS PHARMACY, INC., Plaintiff, | : | |
| v. | : | C.A. No. 06-348ML |
| SCOTT JONES, Defendant. | : | |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the undersigned that the above-captioned matter is dismissed with prejudice, each party to bear its own costs.

SCOTT JONES

By his Attorney,

/s/ Noelle Clapham
Noelle Clapham (#5338)
24 Salt Pond Road, Suite A8
South Kingstown, RI 02879

Dated: December 21, 2007

CVS PHARMACY, INC.

By its Attorney,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
nmcnamara@nixonpeabody.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal was served on Noelle Clapham, Esq., 24 Salt Pond Road, Suite A8, South Kingstown, RI 02879 and Vicki Bejma, Esq., Law Offices of Stephen Robinson, 155 South Main Street, Providence, RI 02903 via electronic mail and by first class mail this 21st day of December, 2007.

/s/ Neal J. McNamara